UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding/Minute Order

| | |
|---|---|
| Date: February 4, 2016 | **Honorable Thomas B. McNamara, Presiding** |
| | Anne E.R. Tunnell, Law Clerk |

In re: Samuel Jesse Christian Morreale

Case No. 13-27310 TBM

Chapter 7

Debtor(s).

| | Appearances | | |
|---|---|---|---|
| Trustee | **Tom H. Connolly** | Counsel | **Michael J. Pankow** |
| Debtor(s) | | Counsel | **Patrick D. Vellone** |
| Creditor | **2001-SIP-1 CRE/CADC Venture, LLC** | Counsel | **Craig K. Schuenemann** |
| Creditor | **City & County of Denver** | Counsel | **James Kaplan (by phone)** |

Proceedings:   Non Evidentiary Hearing on Debtor's Amended Motion to Pay Claims in Full (Docket No. 605) and To Dismiss Chapter 7 Case (Docket No. 607) and Objections thereto

    [X] The parties presented argument to the Court.

Orders:

    [X] Debtor's Motion to Pay Claims in Full and to Dismiss Chapter 7 Case filed on December 3, 2015 (Docket Nos. 590 and 591) is DENIED as MOOT as it has been superseded by the Debtor's Amended Motion to Pay Claims in Full (Docket No. 605), the motion currently before the Court.
    [X] Matter taken under advisement.

Date: February 4, 2016

BY THE COURT:

*/s/ Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge

FOR THE COURT:
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

By: */s/ Anne E. R. Tunnell*

☒ This hearing is considered evidentiary for statistical reporting purposes only.